BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP          BDFTE# 00000010798478
4004 BELT LINE RD.,  STE 100
ADDISON,  TX 75001


Attorney for  ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS, LLC


IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION


| | |
|---|---|
| IN RE: § | CASE NO. 26-30128-AEC |
| § | |
| STEVEN ADAM SHINN and § | |
| SUSANNA LYNN SHINN, § | |
|     Debtor § | CHAPTER 7 |
| § | |
| ROCKET MORTGAGE, LLC § | |
| F/K/A QUICKEN LOANS, LLC, § | |
|     Movant § | CONTESTED MATTER |
| § | |
| v. § | |
| § | |
| STEVEN ADAM SHINN and § | |
| SUSANNA LYNN SHINN; WALTER § | |
| W. KELLEY, Trustee § | |
|     Respondents § | |


**MOTION OF  ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS, LLC FOR
RELIEF FROM THE STAY PURSUANT TO 11 U.S.C. § 362(a) AND
WAIVER OF THIRTY DAY REQUIREMENT PURSUANT TO
§ 362(e)**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW  ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS, LLC,

Movant, by and through the undersigned attorney, and moves the Court as follows:

1.      This Motion is brought pursuant to 11 U.S.C. §362(d) in accordance with Rule

4001 of the Bankruptcy Rules.

2.      On or about March 10, 2026, STEVEN ADAM SHINN and SUSANNA LYNN

SHINN (hereinafter "Debtor") filed a petition for an order of relief under Chapter 7 of the Bankruptcy Code.

3.      At the time of filing the Chapter 7 petition, Movant held a Note executed on January 6, 2025, by STEVEN ADAM SHINN in the original amount of ONE HUNDRED SIXTY-FIVE THOUSAND DOLLARS AND ZERO CENTS ($165,000.00) with interest thereon at the rate of 11.900% per annum.  A true and correct copy of the Note is attached hereto as Exhibit "A".

4.      The indebtedness is secured by a Security Deed dated January 6, 2025 and executed by STEVEN ADAM SHINN and SUSANNA LYNN SHINN on real estate with all improvements known as:

> ALL THAT TRACT OR PARCEL OF LAND, TOGETHER WITH ALL IMPROVEMENTS THEREON, SITUATE, LYING AND BEING IN THE 239TH DISTRICT, G.M., OCONEE COUNTY, GEORGIA, CONTAINING 5.837 ACRES, MORE OR LESS, AND BEING KNOWN AND DESIGNATED AS LOT 18, STEEPLECHASE SUBDIVISION, AND BEING MORE PARTICULARLY SHOWN ON A SURVEY ENTITLED "FINAL PLAT FORSTEEPLE CHASE", DATED OCTOBER 6, 2000, BY WOODS AND CHASTAIN SURVEYORS, INC., PHILLIP D. CHASTAIN, REGISTERED LAND SURVEYOR, AND RECORDED IN PLAT BOOK 32, PAGES 171-172, THE OFFICE OF CLERK OF THE SUPERIOR COURT OF OOONEE COUNTY, GEORGIA, REFERENCE TO WHICH  HEREBY MADE FOR A MORE PARTICULAR DESCRIPTION OF THE PROPERTY HEREIN CONVEYED.
>
> COMMONLY KNOWN AS:  1210 LEXINGTON CT, BISHOP, GA 30621-6223

The estimated value of the property is $1,300,000.00.  The basis for such valuation is Schedule A. There is equity in the property. A true and correct copy of the Security Deed is attached hereto as Exhibit "B".

5.      Debtor failed to maintain current the  payments due under the Note and as of April 14, 2026, Debtor is in arrears for:

3 payment(s) which represents payment(s) for February 01, 2026 through April 01, 2026 ($1,805.31 each) totaling $5,415.93

Less debtor suspense funds of $0.00 for total arrears of $5,415.93

6.    The outstanding indebtedness to Movant is $163,045.33 principal plus accrued interest, late charges, fees, attorneys' fees and costs as provided in the Note and Security Deed for a total of  $168,710.06:

| | |
|---|---|
| Principal: | $ 163,045.33 |
| Accrued interest: | $ 5,475.19 |
| Late charges | $ 0.00 |
| Accumulated Fees: | $ 180.54 |
| Advances (property taxes, insurance): | $ 0.00 |
| Less suspense account or partial balance paid: | $ 0.00 |
| Outstanding Indebtedness: | $ 168,710.06 |

Upon information and belief, the amount of aggregate encumbrances on the Property listed in the schedules or otherwise known, including but not limited to the encumbrances granted to Movant is $168,701.06.  Upon information and belief, $0.00 of such amount is alleged to be superior and $0.00 of such amount is alleged to be inferior to the Movant's claims and encumbrances.

7.    In accordance with the terms of the Note and Security Deed, Movant would allege that it is entitled to reasonable attorneys' fees, including, but not limited to, fees, if any, for the preparation and filing of a proof of claim and fees and costs for the filing of this Motion for Relief from Stay.

8.    Debtor has failed to provide adequate protection to Movant which constitutes cause to terminate the automatic stay of 11 U.S.C. §362(a).

9.    By reason of the foregoing, Movant requests the Court to terminate the stay so Movant may proceed to foreclose in accordance with its Note and Security Deed.

10.     Movant reserves the right to assert an 11 U.S.C. § 362(d)(2) Cause of Action, if

appropriate, at the hearing on Movant's Motion for Relief.

11.     Pursuant to Local Bankruptcy Rule 4001-1(a)(5) and OCGA 44-14-162.2, the

name of the person or entity who has full authority to negotiate, amend or modify the terms of

the aforementioned indebtedness is:

c/o ROCKET MORTGAGE, LLC
635 WOODWORD AVE
DETROIT, MI 48226
Phone:  (313) 782-9098

Please be advised that the secured creditor is not required by law to negotiate, amend or

modify the terms of the mortgage instrument.

WHEREFORE, Movant prays that this Court enter an Order, after notice and hearing,

terminating the automatic stay as to Movant and waives right to hearing within thirty (30) days

as provided by 11 U.S.C. § 362(e); alternatively, Movant be made whole by having all

payments, fees and costs brought current.  Movant further prays that the court waive the

provision of Rule 4001(a)(4) and that Movant be permitted to immediately enforce and

implement any order granting relief from the automatic stay; that Movant be awarded its

reasonable attorneys' fees and expenses for this Motion; and, that Movant be granted such other

and further relief as is just.


Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


BY:   /s/ WHITNEY GROFF

WHITNEY GROFF
GA NO. 738079
4004 BELT LINE RD.,  STE 100
ADDISON, TX 75001
E-mail:  GA.MD.ECF@BDFGROUP.COM
ATTORNEY FOR MOVANT

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2026, a true and correct copy of the foregoing Notice of

Hearing and Motion for Relief from Stay of Action Against  Pursuant to 11 U.S.C. § 362(a) and

Waiver of Thirty Day Requirement Pursuant to 362 (e) was served via electronic means as

listed on the Court's ECF noticing system or by regular first-class mail to the parties on the

attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


 /s/ WHITNEY GROFF

WHITNEY GROFF
GA NO. 738079
4004 BELT LINE RD.,  STE 100
ADDISON, TX 75001
E-mail:  GA.MD.ECF@BDFGROUP.COM
ATTORNEY FOR MOVANT

**DEBTORS:**
STEVEN ADAM SHINN
1210 LEXINGTON COURT
BISHOP, GA 30621

SUSANNA LYNN SHINN
1210 LEXINGTON COURT
OCONEE, GA 30621

**TRUSTEE:**
WALTER W. KELLEY
P.O. BOX 70879
ALBANY, GA  31708

**DEBTOR'S ATTORNEY:**
WILL B. GEER
CENTURY PLAZA I
2987 CLAIRMONT ROAD SUITE 350
ATLANTA, GA  30329

**PARTIES IN INTEREST:**
None

**PARTIES REQUESTING NOTICE:**
BRIDGECREST CREDIT COMPANY, LLC AS AGENT AND SERVICER FOR
CARVANA, LLC
AIS PORTFOLIO SERVICES, LLC
4515 N SANTA FE AVE
DEPT APS
OKLAHOMA CITY, OK 73118

LEGACY ACADEMY, INC
LAMBERTH CIFELI ELLIS & NASON PA -G FRANT NASON IV
6000 LAKE FORREST DRIVE NW
STE 290
ATLANTA, GA 30328

PARAGON BANK
JAMES-BATES-BRANNAN-GROOVER-LLP - ERIN WOODSIDE
1 PRESS PLACE
SUITE 200
ATHENS, GA 30601

PARAGON BANK
2970 CLAIRMONT ROAD NE
SUITE 700
ATLANTA, GA 30329

PARAGON BANK
JAMES-BATES-BRANNAN-GROOVER-LLP - JULIA M KRZEMINSKI
2827 PEACHTREE RD NE
SUITE 300
ATLANTA, GA 30305

PINNACLE BANK
ADAMS AND REESE, LLP
3455 PEACHTREE ROAD, NE
SUITE 1750
ATLANTA, GA 30326

CAPITAL FOR ENTREPRENEURS INC
THOMAS E AUSTIN
2451 CUMBERLAND PARKWAY SE
SUITE 3504
ATLANTA, GA 30339