BARRETT DAFFIN FRAPPIER TURNER & ENGEL, LLP
4004 BELT LINE RD.,  STE 100
ADDISON,  TX 75001

BDFTE# 00000010798478

Attorney for  ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 26-30128-AEC |
| | § | |
| STEVEN ADAM SHINN and | § | |
| SUSANNA LYNN SHINN, | § | |
|     Debtor | § | CHAPTER 7 |
| | § | |
| ROCKET MORTGAGE, LLC | § | |
| F/K/A QUICKEN LOANS, LLC, | § | |
|     Movant | § | CONTESTED MATTER |
| | § | |
| v. | § | |
| | § | |
| STEVEN ADAM SHINN and | § | |
| SUSANNA LYNN SHINN; WALTER | § | |
| W. KELLEY, Trustee | § | |
|     Respondents | § | |

NOTICE

 ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS, LLC (Movant) HAS FILED DOCUMENTS WITH THE COURT TO TERMINATE THE AUTOMATIC STAY.

**YOUR RIGHTS MAY BE AFFECTED**.  **You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one**. **If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.**

If you do not want the court to terminate the stay or if you want the court to consider your views on the motion, then you or your attorney shall attend the hearing scheduled to be held on

**JUNE 5, 2026 AT 10:00 AM, 115 EAST HANCOCK AVENUE, ATHENS, GA  30601**

Parties should consult the Court's website ([www.gamb.uscourts.gov](www.gamb.uscourts.gov)) concerning whether the hearing will be in-person, telephonic, or virtual. Please refer to Administrative Order #145 for more guidance.

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.**

This notice is sent by the undersigned pursuant to Bankruptcy Rule 2002 & 4001.

DATE:4/29/2026

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


/s/ WHITNEY GROFF
WHITNEY GROFF
GA NO. 738079
4004 BELT LINE RD.,  STE 100
ADDISON, TX 75001
E-mail:  GA.MD.ECF@BDFGROUP.COM
ATTORNEY FOR MOVANT